**Order filed, January 09, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-01115-CV
_____

### HOUSTON INDEPENDENT SCHOOL DISTRICT, Appellant

### V.

### PERX, AS NEXT FRIEND OF WRRX, A MINOR, Appellee

On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2012-34695

## ORDER

The reporter's record in this case was due **December 13, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Martinez Montalvo**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM